UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL TOTO, | ) CV 07 07073-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: June 18, 2009

/ s /

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE